EDWARD H. LUDLOW and others, Respondents, *v.* NATHANIEL DOLE, Appellant.

*Quantum meruit.*

Action by plaintiffs to recover commissions for services rendered in selling certain real estate for defendant. The complaint was in form upon a *quantum meruit*, the allegation being that the sum named the plaintiffs reasonably deserved for their services. The court instructed the jury that they could not find a verdict for less than the full amount claimed, to which instruction the defendant excepted. *Held*, that as the evidence showed that a price was agreed upon, and there was no other evidence on the subject of what the services were worth, the instruction was proper. The specific price for the services became the *quantum meruit.* [*]

Appeal from a judgment in favor of the plaintiff, entered upon the verdict of a jury.

*W. W. Niles*, for the appellant.

*J. H. & B. F. Watson*, for the respondents.

Opinion by Brady, J.

Davis, P. J., and Daniels, J., concurred.

Judgment affirmed.

[*] King v. Brown, 2 Hill, 485 ; Nones v. Homer, 2 Hilton, 116; Fells v. Vestvali, 2 Keyes, 152.